IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **NAREE ABDULLAH, a/k/a GRENILE GAINEY and JARMAINE TRICE, a/k/a ERIC GREENE,**<br><br>Plaintiffs,<br><br>v.<br><br>**CITY OF PHILADELPHIA, et al.,**<br><br>Defendants. | **CIVIL ACTION**<br><br>**NO. 22 -4143** |

## ORDER

**AND NOW**, this 24th day of April, 2023, it is hereby **ORDERED** that the City of Philadelphia's Motion to Dismiss Plaintiff's Amended Complaint as to Counts IV and V, Plaintiff's claims of municipal liability and damages, is **DENIED**.

The Individual Defendants shall answer, move, or otherwise respond to the Amended Complaint within fourteen (14) days.

BY THE COURT:

/s/ MICHAEL M. BAYLSON

MICHAEL M. BAYLSON, U.S.D.J.