IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NAREE ABDULLAH, a/k/a GRENILE GAINEY and JARMAINE TRICE, a/k/a ERIC GREENE,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF PHILADELPHIA, et al.,<br><br>Defendants. | CIVIL ACTION<br><br>NO. 22-4143 |

## ORDER

**AND NOW**, this 29th day of November, 2023, it is hereby **ORDERED**, for the reasons set forth in the foregoing memorandum, that Defendants Anthony Tomaino and Joseph Walsh's Motion to Dismiss Plaintiffs' Amended Complaint (ECF No. 36) and Defendant Yvonne Ruiz's Motion to Dismiss Plaintiffs' Amended Complaint (ECF No. 40) are **GRANTED, with prejudice.**

BY THE COURT:

/s/ Michael M. Baylson

**MICHAEL M. BAYLSON, U.S.D.J.**

O:\CIVIL 22\22-4143 Gainey et al v. Philadelphia et al\Gainey Order - Motion to Dismiss 22-4143.docx