IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **GRENILE GAINEY** a/k/a NAREE ABDULLAH, et al., *Plaintiff*, v. **CITY OF PHLADELPHIA, et al.,** *Defendant*. | **CIVIL ACTION NO. 22-4143** |

# ORDER

**AND NOW**, this 21st day of August, 2024, it is hereby **ORDERED** that Plaintiffs' Motions to Compel (ECFs 71 and 73) are **GRANTED IN PART, DENIED IN PART**, as follows:

1. Within ten (10) days of this Order, Defendant must prepare and serve an index of documents produced to Plaintiffs.

2. Defendant must list any categories of documents requested by Plaintiffs but not produced, with reasons stated.

3. Defendant must identify any documents withheld for privilege or under the work product doctrine.

4. Within ten (10) days of this Order, Plaintiff shall file, as to each proposed deponent, the deponent's alleged role in the alleged wrongful conduct, after which the Court will rule on Plaintiffs' request for depositions.

5. Within ten (10) days of completion of the above discovery, each Party may supplement their briefing in connection with Defendant's Motion for Summary Judgment (ECF 79). Each initial supplemental brief is limited to fifteen (15) pages. Following this initial supplemental briefing, each Party may then file a response brief within ten (10) days, limited to ten (10) pages.

**BY THE COURT:**

**/s/ Michael M. Baylson**

**MICHAEL M. BAYLSON**
**United States District Judge**

\\adu.dcn\paed\PHL-DATA\Judge_Baylson\CIVIL 22\22-4143 Gainey et al v. Philadelphia et al\22cv4143 Order re Motion to Compel.docx