IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **NAREE ABDULLAH, a/k/a GRENILE GAINEY and JARMAINE TRICE, a/k/a ERIC GREENE,**<br><br>Plaintiffs,<br><br>v.<br><br>**CITY OF PHILADELPHIA, et al.,**<br><br>Defendants. | **CIVIL ACTION**<br><br>**NO. 22-4143** |

**ORDER RE: DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

AND NOW this 12th day of March, 2025, for the reasons stated in the foregoing Memorandum Opinion, Defendant's Motion for Summary Judgment (ECF 79) is **GRANTED IN PART** and **DENIED IN PART**. Defendant's Motion for Summary Judgment is **GRANTED** as to Count II (§ 1983 Conspiracy), Count III (Failure to Intervene), and Count IV (Monell claim, as it is predicated on an unconstitutional policy or a failure to train, supervise, or discipline). The Motion for Summary Judgment is **DENIED** as to Count I (Deliberate Deception) and Count IV (Monell claim, as it is predicated on an unconstitutional custom).

BY THE COURT:

/s/ Michael M. Baylson
_____
**MICHAEL M. BAYLSON, U.S.D.J.**

\\adu.dcn\paed\PHL-DATA\Judge_Baylson\CIVIL 22\22-4143 Gainey et al v. Philadelphia et al\22-4143 MSJ Order.docx