IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NAREE ABDULLAH, a/k/a GRENILE GAINEY and JARMAINE TRICE, a/k/a ERIC GREENE,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF PHILADELPHIA,<br><br>Defendant. | CIVIL ACTION<br><br>NO. 22-4143 |

**ORDER RE: DEFENDANT'S MOTION FOR RECONSIDERATION**

AND NOW on this 7th day of April, 2025, for the reasons stated in the foregoing Memorandum Opinion, Defendant's Motion for Reconsideration is granted in part and denied in part.  Defendant's Motion is GRANTED as to Count I (Deliberate Deception) only as it pertains to allegations relating to ADA Ruiz's conduct.  Defendant's Motion is DENIED in all other respects as to Count I and is DENIED as to Count IV (Monell claim, predicated on an unconstitutional custom).

BY THE COURT:

/s/ Michael M. Baylson
_____
**MICHAEL M. BAYLSON**
**United States District Court Judge**

\\adu.dcn\paed\PHL-DATA\Judge_Baylson\CIVIL 22\22-4143 Gainey et al v. Philadelphia et al\22-4143 recon mot order.docx

1