IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NAREE ABDULLAH, a/k/a GRENILE GAINEY and JARMAINE TRICE, a/k/a ERIC GREENE,<br><br>*Plaintiffs*,<br><br>v.<br><br>CITY OF PHILADELPHIA,<br><br>*Defendant*. | CIVIL ACTION<br><br>NO. 22 -4143 |

## ORDER APPOINTING SHIRA YOSHOR AS GUARDIAN AD LITEM

AND NOW on this 15 day May of 2025, upon review of Plaintiffs' Counsels' Motion to Appoint a Guardian Ad Litem for Grenile Gainey, ECF 122, Mr. Gainey's testimony at the Competency Hearing, Mr. Gainey's medical records from his April 2025, hospitalization, ECF 145, and Dr. Eileen Bazelon's psychiatric evaluation, ECF 146, the Court finds that Mr. Gainey is both incapacitated as defined in Pa. R. Civ. P. 2051 and unable to understand the meaning and effect of legal proceedings. The Court appoints Shira Yoshor, Esquire, as Mr. Gainey's guardian ad litem in this case. The Court further **ORDERS** as follows:

1. Ms. Yoshor shall promptly meet with Mr. Gainey, Plaintiffs' counsel, and anyone else necessary to determine whether the City's proposed settlement agreement is in Mr. Gainey's best interest;

2. The Court will hold the previously scheduled Hearing for May 27, 2025, at 11:00 a.m. in Courtroom 3A, ECF 141;

3. Ms. Yoshor shall file a Petition to Approve or Disapprove the City's proposed settlement agreement, under seal, within twenty-one (21) days of this Order;

4. Any Objections to Ms. Yoshor's Petition to Approve or Disapprove the City's proposed settlement agreement shall be filed within seven (7) days of Ms. Yoshor's Petition;

5. The Court will hold a Hearing on the Petition to Approve or Disapprove the City's proposed settlement agreement on June 18, 2025, at 3:00 p.m. in Courtroom 3A;

6. In the interest of efficiency, Plaintiffs' counsel shall file a Motion for Attorneys' fees, under seal, by June 10, 2025;

7. Upon docketing of Ms. Yoshor's Petition, Plaintiffs' counsel shall promptly notify Mr. Gainey of the Petition and inform Mr. Gainey that he may object to the Petition.

**BY THE COURT:**

**/s/MICHAEL M. BAYLSON**
**MICHAEL M. BAYLSON, U.S.D.J.**

\\adu.dcn\paed\PHL-DATA\Judge_Baylson\CIVIL 22\22-4143 Gainey et al v. Philadelphia et al\22-4143 order appt shira yoshor guardian ad litem.docx