IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **NAREE ABDULLAH, a/k/a GRENILE GAINEY and JARMAINE TRICE, a/k/a ERIC GREENE,**<br><br>*Plaintiffs*,<br><br>v.<br><br>**CITY OF PHILADELPHIA,**<br><br>*Defendant*. | **CIVIL ACTION**<br><br>**NO. 22 -4143** |

## ORDER

AND NOW on this 17th day of October 2025, it is hereby **ORDERED** that:

1. Guardian *Ad Litem* Shira Yoshor, and any persons employed by the City of Philadelphia, whether as counsel or anyone else involved in this case, must complete all necessary paperwork regarding the settlement of this case by October 31, 2025.

2. Plaintiff Grenile Gainey shall fully cooperate with the Guardian *Ad Litem* and counsel of record to execute all necessary paperwork regarding the settlement of this case. If Plaintiff Grenile Gainey does not cooperate, the Guardian *Ad Litem* is authorized to execute all necessary paperwork.

3. A hearing is scheduled in this matter for November 5, 2025, at 10:00 A.M. in Courtroom 3A. Plaintiff's new attorney shall enter his appearance prior to this date, or he cannot speak at the hearing. Plaintiff Grenile Gainey shall attend this hearing with counsel.

BY THE COURT:

/s/ Michael M. Baylson

**MICHAEL M. BAYLSON, U.S.D.J.**

\\adu.dcn\paed\PHL-DATA\Judge_Baylson\CIVIL 22\22-4143 Gainey et al v. Philadelphia et al\22-4143 order settlement 10.17.docx