IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NAREE ABDULLAH, a/k/a GRENILE GAINEY and JARMAINE TRICE, a/k/a ERIC GREENE,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF PHILADELPHIA, et al.,<br><br>Defendants. | CIVIL ACTION<br><br>NO. 22-4143 |

## ORDER

**AND NOW**, this 10th day of November 2025, upon review of the Proposed Settlement Agreement (ECF 155), it is hereby **ORDERED** that the Proposed Settlement Agreement is **APPROVED**. It is further **ORDERED**:

1. Counsels' attorneys' fee award (ECF 160) shall be 30%, and Counsel shall be awarded $165,000.00 in attorneys' fees and $10,543.83 in fees and costs.

2. Ms. Yoshor shall complete any documents necessary and file a Petition with the Orphans' Court of the Philadelphia Court of Common Pleas to assume jurisdiction over any future proceedings within fourteen (14) days, a copy of which should be filed on the docket of this case.

A Memorandum will follow.

BY THE COURT:

/s/ Michael M. Baylson

_____
MICHAEL M. BAYLSON, U.S.D.J.

\\adu.dcn\paed\PHL-DATA\Judge_Baylson\CIVIL 22\22-4143 Gainey et al v. Philadelphia et al\22-4143 Order re Settlement.docx